IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TINA HILLMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:20-cv-00558-DGK ) |
| DWYER INSTRUMENTS, INC. | ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tina Hillman and Defendant Dwyer Instruments, Inc., pursuant to Rule 41(a)(1)(A)(i), jointly stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice. Each party shall bear her or its own fees, costs, and expenses.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Brad K. Thoenen*
Brad K. Thoenen, MO 59778
bthoenen@hkm.com
John J. Ziegelmeyer III
jziegelmeyer@hkm.com
1501 Westport Road
Kansas City, Missouri 64111
816.875.9339 (phone and fax)

ATTORNEYS FOR PLAINTIFF

and

By:     */s/ Angela M. Fox*
Angela M. Fox, MO # KS-001135
Alan L. Rupe, MO # 56013
LEWIS BRISBOIS BISGAARD & SMITH, LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
angela.fox@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2021, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

*/s/ Brad K. Thoenen*
Attorney for Plaintiff